UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BRANDIA TAAMU, | ) | |
| | ) | CASE NO. C14-1271-RSM |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PETITIONER'S |
| | ) | HABEAS PETITION WITHOUT |
| CITY OF EVERETT, | ) | PREJUDICE |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

 (1) The Court adopts the Report and Recommendation;

 (2) Petitioner's habeas petition is DENIED and this action is DISMISSED, without prejudice;

 (3) Petitioner is DENIED issuance of a certificate of appealability, and

/ / /

/ / /

ORDER DENYING PETITIONER'S
HABEAS PETITION WITHOUT PREJUDICE
PAGE -1

(4)   The Clerk is directed to send copies of this Order to petitioner and to Judge Theiler.

DATED this 13th day of November, 2014.

/s/ Ricardo S. Martinez
RICARDO S. MARTINEZ
United States District Judge

ORDER DENYING PETITIONER'S
HABEAS PETITION WITHOUT PREJUDICE
PAGE -2